1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA
10

11  FIDELITY & GUARANTY LIFE              CASE NO.  07-0045-BTM(LSP)
    INSURANCE CO.,
12                                        ORDER GRANTING IN PART AND
                            Plaintiff,    DENYING IN PART
13       v.                               PLAINTIFF'S MOTION TO
                                          COMPEL RESPONSES TO
14                                        INTERROGATORIES AND
                                          REQUESTS FOR PRODUCTION OF
15  JAMES ALBERTSON,                      DOCUMENTS AND REQUEST FOR
                            Defendant.    SANCTIONS (38-1)
16

17      On November 9, 2007, Plaintiff Fidelity & Guaranty Life

18  Insurance Co. (hereafter "Plaintiff") filed a Motion to Compel

19  Responses to Special Interrogatories, Requests for Production of

20  Documents and Request for Sanctions (hereafter "Motion").   On

21  November 15, 2007, Defendant James Albertson (hereafter "Defendant")

22  filed an Opposition to Plaintiff's Motion.   On November 21, 2007,

23  Plaintiff filed a Reply to Defendant's Opposition.   The Court,

24  having reviewed the Motion, Opposition and Reply, HEREBY GRANTS in

25  part and DENIES in part Plaintiff's Motion.

26  Factual Background

27      On September 11, 2007, the Court convened an Early Neutral

28  Evaluation Conference (hereafter "ENE") in this action.   Settlement

was not reached at the ENE, so the Court issued an Order Setting Rule 26 Compliance (hereafter "Rule 26 Order") After the ENE, the Court instructed the parties to informally exchange the documents that support their respective positions. In the Rule 26 Order, the Court ordered that the Fed. R. Civ. P. 26(f) conference be completed by October 5, 2007 and a discovery plan be lodged with the Court on or before October 15, 2007. On October 15, 2007, Plaintiff filed a Joint Report of Conference of Counsel and Discovery Plan.

However, On April 10, 2007, counsel conducted the conference required by Fed. R. Civ. P. 26(f). On April 24, 2007, counsel served their initial disclosures pursuant to Fed. R. Civ. P. 26(a). (Declaration of Misty Murray in Support of Reply to Opposition to Plaintiff's Motion, Exs. A – D)

On June 12, 2007, Defendant began to conduct discovery. [Declaration of Misty Murray in Support of Reply to Opposition to Plaintiff's Motion, Ex. E (Notice of Deposition of Mark Hunton, set for July 27, 2007)]

On August 9, 2007, Plaintiff propounded on Defendant Special Interrogatories and Requests for Production of Documents (hereafter "discovery requests"). The responses to these discovery requests were due on September 11, 2007.

Defendant requested that extensions of time be granted to him in order to respond to the discovery requests. Plaintiff granted Defendant's requests for extensions of time to respond on at least three separate occasions. The extensions granted were to October 9, October 23, and November 13, 2007. To date, no responses to the discovery requests have been received by Plaintiff. Therefore, Plaintiff moves the Court to compel responses to the discovery

1  requests.  Plaintiff also seeks its attorneys fees as sanctions for

2  having to make its Motion.

3      Defendant argues that Plaintiff's Motion is improper until

4  after the completion of the initial disclosures and a discovery plan

5  has been developed.  Therefore, Plaintiff's discovery requests and

6  Motion to compel responses to them are premature.  Defendant also

7  seeks sanctions for having to oppose Plaintiff's Motion.

8  <u>Analysis</u>

9      A party may not seek discovery from any source before the

10  parties have conferred as required by Fed R. Civ. P 26(f).  Fed. R.

11  Civ. P. 26(d)

12      On April 10, 2007, counsel conducted the conference mandated by

13  Fed. R. Civ. P. 26(f).

14      Therefore, Plaintiff's discovery requests, propounded on

15  August 9, 2007, were proper.  While Defendant argues that

16  Plaintiff's discovery requests and Motion to compel responses to

17  them, were premature, it does not appear that his position in this

18  regard was ever communicated to Plaintiff.  Instead, on June 12,

19  2007, approximately two months before Plaintiff's discovery requests

20  were served, Defendant himself began to conduct discovery.  The

21  Court finds Defendant's argument to be disingenuous. As a result,

22  Plaintiff's Motion is GRANTED.

23      Therefore, on or before <u>December 11, 2007</u>, Defendant shall

24  respond to Plaintiff's Special Interrogatories without objections,

25  other than objections based on attorney-client privilege and work

26  product. Fed R. Civ. P. 33(b)(4).

27      With regard to Plaintiff's Requests for Production of

28  Documents, on or before <u>December 11, 2007</u>, Defendant shall respond

1  to Plaintiff's Requests for Production of Documents in accordance
2  with the Requests. Fed. R. Civ. P. 34(a), 37(a)(1)(B).

3      If Defendant does not provide the responses to Plaintiff's
4  discovery requests on or before the date noted above, The Court will
5  issue sanctions against Defendant of $100.00 per day for every day
6  that the responses have not been provided to Plaintiff.

7      The Court warns Defendant that his failure to comply with his
8  discovery obligations in this case and as noted in this Order, may
9  subject him to further sanctions including the entry of a default
10 against him.

11 <u>Sanctions</u>

12     The Court, having reviewed Plaintiff's Motion, Defendant's
13 Opposition, Plaintiff's Reply, HEREBY GRANTS Plaintiff's Request for
14 Sanctions and awards Plaintiff the sum of $750.00 for preparation of
15 its Motion and Reply.  Defendant shall pay Plaintiff that amount
16 forthwith. Defendant's Request for Sanctions is DENIED.

17 <u>Conclusion</u>

18     Plaintiff's Motion to Compel Responses to Special
19 Interrogatories and Requests for Production of Documents is GRANTED.

20     Plaintiff's Request for Sanctions is GRANTED in part and DENIED
21 in part.

22 \\
23 \\
24 \\
25 \\
26 \\
27 \\
28 \\

1        Defendant's Request for Sanctions is DENIED.

2   IT IS SO ORDERED.

3

4

5

6   DATED:   November 26, 2007

7

8                                    _____
                                      Hon. Leo S. Papas
9                                     U.S. Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07cv0045