MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FIDELITY & GUARANY       v. ALBERTSON         No. 07-0045-BTM(LSP)

HON. LEO S. PAPAS     CT. DEPUTY J. JARABEK     Rptr.

THE AMENDED JOINT MOTION TO CONCLUDE THE DEPOSITION OF JAMES ALBERTSON AND CONTINUE EXPERT DISCLOSURE DATES (DOC. # 74) IS GRANTED.

PLAINTIFF AND COUNTER-DEFENDANT SHALL BE PERMITTED TO COMPLETE THE SECOND SESSION OF JAMES ALBERTSON'S DEPOSITION AFTER AUGUST 18, 2008 AND BEFORE SEPTEMBER 18, 2008 ON THE TERMS SET FORTH IN THE PARTIES' STIPULATION.

PLAINTIFF AND DEFENDANT SHALL PROVIDE EXPERT REPORTS IN ACCORDANCE WITH FRCP, RULE 26(A) AND (E) ON OR BEFORE SEPTEMBER 18, 2008.
EACH PARTY SHALL DESIGNATE REBUTTAL EXPERTS AND PROVIDE REBUTTAL EXPERT REPORTS ON OR BEFORE SEPTEMBER 30, 2008.

THE EXPERT DISCOVERY CUT OFF DATE IS EXTENDED TO OCTOBER 16, 2008.

THE DATE BY WHICH ALL DISPOSITIVE MOTIONS SHALL BE FILED IS EXTENDED T DATE CONTINUED TO OCTOBER 30, 2008.

DATED: August 14, 2008

_____
Hon. Leo S. Papas
U.S. Magistrate Judge